1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10
11

CASSANDRA AGUILAR,

Case No.: 1:24-CV-00451-JLT-EPG

12

Plaintiff,

**STIPULATION AND ORDER RE DISCOVERY**

13

v.

**(ECF No. 4)**

14

JESUS ADRIAN ESPINOZA SAMANIEGO, et al.,

15
16

Defendants.

17
18

Plaintiff, CASSANDRA AGUILAR ("PLAINTIFF"), and Defendants JESUS ADRIAN

19

ESPINOZA SAMANIEGO and RAFAEL PEREZ dba DISTRIBUIDORA SAN RAFAEL

20

(collectively "Defendants"), by and through their respective counsel of record, stipulate and agree

21

as follows:

22

While this action was pending in California Superior Court, Counsel served the following

23

written discovery on behalf of their respective clients:

24
25

| Propounding Party | Responding Party | Discovery |
|---|---|---|
| Cassandra Aguilar | Jesus Samaniego | Form Interrogatories - General |
| Cassandra Aguilar | Jesus Samaniego | Requests for Admission |

26
27
28

1

| Cassandra Aguilar | Rafael Perez | Form Interrogatories - General |
| Cassandra Aguilar | Rafael Perez | Special Interrogatories |
| Cassandra Aguilar | Rafael Perez | Requests for Admission |
| Cassandra Aguilar | Rafael Perez | Request for Production |
| Rafael Perez | Cassandra Aguilar | Form Interrogatories - General |
| Rafael Perez | Cassandra Aguilar | Special Interrogatories |
| Rafael Perez | Cassandra Aguilar | Request for Production |

Any party may propound the California Form Interrogatories – General to any other party without counting against the number of interrogatories permitted by Rule 33(a)(1).

The parties will respond to the previously served discovery.  The deadline for service of responses shall be July 1, 2024.

Each party may serve 40 interrogatories on each other party of which Cassandra Aguilar has served 32 interrogatories on Rafael Perez and Rafael Perez has served 32 interrogatories on Cassandra Aguilar via the previously served discovery.

**MURCHISON & CUMMING, LLP**

Dated: May ___, 2024                    By: _____
                                            Richard C. Moreno, Esq.
                                            Attorneys for Defendants, RAFAEL
                                            PEREZ dba DISTRIBUIDORA SAN
                                            RAFAEL and JESUS ADRIAN
                                            ESPINOZA SAMANIEGO

**FREEDMAN LAW**

Dated: May ___, 2024                    By: _____
                                            Vernon J. Reynolds, Esq.
                                            Attorneys for Plaintiff,
                                            CASSANDRA AGUILAR

2

**ORDER**

Pursuant to the parties' stipulation[1] (ECF No. 4), IT IS ORDERED as follows:

1.  The stipulation (ECF No. 4) is approved.

2.  Any party may propound the California Form Interrogatories – General to any other party without counting against the number of interrogatories permitted by Rule 33(a)(1).

3.  The parties will respond to the previously served discovery. The deadline for service of responses shall be July 1, 2024.

4.  Each party may serve 40 interrogatories on each other party of which Cassandra Aguilar has served 32 interrogatories on Rafael Perez and Rafael Perez has served 32 interrogatories on Cassandra Aguilar via the previously served discovery.


IT IS SO ORDERED.


Dated:   **May 3, 2024**                    /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] While the Word version of the stipulation that the parties submitted to the Court is neither signed nor dated, the version of the stipulation filed on the docket is signed and dated.