UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ADRIAN ESPINOZA SAMANIEGO, et al.,<br><br>Defendants. | Case No. 1:24-cv-00451-JLT-EPG<br><br>ORDER APPROVING STIPULATION FOR A MEDICAL EXAMINATION<br><br>(ECF No. 13). |

This matter is before the Court on the parties' stipulation for a medical examination of Plaintiff under Federal Rule of Civil Procedure 35. (ECF No. 13). The stipulation states as follows:

The parties stipulate and agree to an examination on October 8, 2024 at 10:00 a.m.

John D. Kaufman, M.D. will conduct the examination. Dr. Kaufman is a physician duly licensed to practice medicine in the State of California and is fully qualified to conduct the examination.

The location of the examination will be at 24355 Lyons Avenue, Suite 100, Santa Clarita, California 91321.

The examination will be conducted for the purpose of ascertaining the injuries that Plaintiff claims to have sustained as a result of the incident that occurred on September 1, 2021, which gave rise to this lawsuit. This examination may include a medical history.

Dr. Kaufman will perform a standard comprehensive orthopedic examination, including, but not limited to, taking a history from Plaintiff relating to the nature and extent of the injuries alleged to have been sustained in the subject incident; present symptoms and conditions; medications; the manner in which the injuries

1

were incurred; prior injuries or diseases; a physical examination of Plaintiff; and will use standard and commonly accepted medical diagnostic instruments, tests and techniques during the course of said examination.

This examination will not include any test or procedure that is painful, protracted or intrusive.

It is requested that Plaintiff appear at least fifteen (15) minutes prior to this scheduled examination to fill out any necessary paperwork.

It is Plaintiffs responsibility to appear before Dr. Kaufman on the confirmed date and time designated by this Stipulation. Defendants reserve the right to seek payment for any cancellation costs in the event that Plaintiff fails to appear and has not given at least 48 hours' notice of the anticipated non-appearance.

Defendants shall reimburse Plaintiff her travel expenses to attend the examination at the IRS rate of .67 per mile (400 miles round trip) for a total of $268.00.

Defendants agree that within 30 calendar days of the examination, Dr. Kaufman will provide Plaintiff with a written report pursuant to Federal Rules of Civil Procedure, Rule 26. Plaintiff equally agrees to exchange all like reports of all earlier or later examinations of the same condition pursuant to Rule 35(b)(3).

(*Id.* at 2-3).

Upon review, IT IS ORDERED as follows:

1. The parties' stipulation for a medical examination (ECF No. 13) is approved.

2. Consistent with the parties' stipulation, Plaintiff Cassandra Aguilar shall attend the Federal Rule of Civil Procedure 35 examination with John D. Kaufman, M.D. on October 8, 2024, at 10:00 a.m. at 24355 Lyons Avenue, Suite 100, Santa Clarita, California 91321.

IT IS SO ORDERED.

Dated:  **August 27, 2024**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2