UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CASSANDRA AGUILAR,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS ADRIAN ESPINOZA SAMANIEGO, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00451-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 21) |
|---|---|

On April 18, 2025, the parties filed a joint stipulation, stating as follows: "**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)." (ECF No. 21, p. 1).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **April 21, 2025**     /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE